# First District Court of Appeal
## State of Florida

_____

No. 1D17-2459

_____

TIMOTHY SNEED,

Petitioner,

v.

DEPARTMENT OF CORRECTIONS,

Respondent.

_____

Petition for Writ of Certiorari—Original Jurisdiction.

May 7, 2018

PER CURIAM.

The petition for writ of certiorari is denied on the merits.

LEWIS, ROBERTS, and JAY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Timothy Sneed, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, and Brett Coleman, Assistant Attorney General, Tallahassee, for Respondent.